# JOHN A. DIAZ, ESQ.

DIAZ & MOSKOWITZ, PLLC.
225 Broadway, Suite 715
New York, NY 10007
212-227-8208 (Phone)
212-566-8165 (Fax)
johnadiazlaw@gmail.com

March 23, 2015

**VIA ECF**

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Hector Emilio Fernandez-Rosa; 12 Cr. 894 (RJS)**

Dear Judge Sullivan:

On February 6, 2015 I was assigned to represent Mr. Fernandez-Rosa on the above captioned matter pursuant to the Criminal Justice Act. The matter was adjourned for conference on March 20, 2015, before your Honor. On February 16, 2015, Victor Rocha, Esq., entered a notice of appearance on this case and appeared as Mr. Fernandez-Rosa's attorney on the conference date. As a result, I am respectfully requesting to be relieved as Mr. Fernandez's attorney.

Respectfully submitted,

John A. Diaz, Esq.