AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>HECTOR EMILIO FERNANDEZ-ROSA<br>*Defendant* | ) ) ) ) ) Case No.   12cr0894 (RJS) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HECTOR EMILIO FERNANDEZ-ROSA

Date:   03/01/2016

*Attorney's signature*

H. BENJAMIN PEREZ, ESQ./4411534
*Printed name and bar number*

111 BROADWAY, SUITE 706
NEW YORK, NY 10006

*Address*

BEN@HBPLAWYERS.COM
*E-mail address*

(212) 226-8426
*Telephone number*

(212) 226-8469
*FAX number*