UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

HECTOR EMILIO FERNANDEZ-ROSA,

Defendant.

No. 12-cr-894 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

In light of Defendant's need for additional time to consult with his counsel regarding the March 10, 2016 motion for substitution of counsel filed by H. Benjamin Perez & Associates, P.C., IT IS HEREBY ORDERED THAT the conference previously scheduled for Tuesday, April 5, 2016 at 2:30 p.m. is adjourned to Wednesday, April 13, 2016 at 10:00 a.m.

SO ORDERED.

Dated: March 30, 2016
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE