**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

**Page 1 of 17**

| 1. Program Code | 2. Cross File          Related Files | 3. File No. ▮▮▮ | 4. G-DEP Identifier ▮▮▮ |
|---|---|---|---|
| 5. By ▮▮▮ ▮▮▮ ▮ <br> At: Tegucigalpa CO | ☒ ▮▮▮ <br> ☒ ▮▮▮ <br> ☐ <br> ☐ <br> ☐ | 6. File Title ▮▮▮ ▮▮▮ ▮▮▮ | |
| 7. ☐ Closed  ☐ Requested Action Completed <br> ☐ Action Requested By: | | 8. Date Prepared <br> 11-29-2012 | |

9. Other Officers:

10. Report Re: Summary Report/ Arrest of four Honduran Nationals in connection with Operation Julian Aristides Gonzalez

### DEFENDANTS

1. Normando Rafael LOZANO-Lopez, ▮▮▮ ,
Nationality: Honduran.

2. Allan Adonis GUTIERREZ-Varela, ▮▮▮ ▮▮▮ ▮▮▮ ,
Nationality: Honduran.

3. Fabricio Alejandro MARTINEZ-Contreras, Colombian passport: ▮▮▮
Nationality: Colombian.

4. Alexander MARTINEZ-Contreras, Nationality: Colombian.

### VIOLATIONS

1. Illicit drug trafficking, Money Laundering, and Falsifying and
Using government documents with Perjury in violation of Health, Economy
and Public Faith in violation of Honduran law.

### JUDICIAL DISTRICT

1. Republic of Honduras.

### DATE/TIME/PLACE

| 11.  Distribution: <br> Division  Tegucigalpa CO <br><br> District <br><br> Other   SARI | 12. Signature (Agent) <br> ▮▮▮ ▮▮▮ ▮ | 13. Date <br> 05-06-2013 |
|---|---|---|
| | 14. Approved (Name and Title) <br> /s/ ▮▮▮ ▮ ▮▮▮ ▮ | 15. Date <br> 05-08-2013 |

**DEA** Form     **- 6**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br><br>*(Continuation)* | 1. File No. ▮▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮ |
|---|---|---|
| | 3. File Title ▮▮▮▮ ▮▮▮ ▮▮▮ | |
| 4.<br>Page   2   of   17 | | |
| 5. Program Code | 6. Date Prepared<br>11-29-2012 | |

1. On November 24, 2012, at approximately 6:00 am, the Honduran Attorney Generals Office, DLCN, and the Honduran Army conducted search and arrest warrants at 24 different locations in the Departments of Cortes and Santa Barbara, Honduras.

## EXHIBITS

None.

## DEFENDANTS

All four (4) defendants are pending Honduran prosecution.

## WITNESSES

Honduran Attorney Generals Office, DLCN, and the Honduran Army.

## DETAILS

1. In November 2008, Republic of France Customs Agents seized a large container with pharmaceuticals and pseudoephedrine that was destined for Genericos de Honduras Sociedad de Responsibilidad Limitada which is located in San Pedro Sula, Honduras.  Following the seizure, the Honduran Dirrecion de Lucha Contra el Narcotrafico (DLCN) conducted an investigation into this company and discovered it was being utilized as a front company for drug trafficking and money laundering.  During the investigation, it was discovered that this organization was also receiving shipments of cociane in Honduras via illicit flights.  This three year investigation led to the indictments 84 people for a variety of crimes to include: Illicit drug trafficking, Money Laundering, and Falsifying and Using government documents with Perjury in violation of Health, Economy and Public Faith in violation of Honduran law.  This investigation/operation was named "Operation Julian Aristides Gonzalez".

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. ▮▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮ |
|---|---|---|
| | 3. File Title ▮▮▮▮ ▮▮▮ ▮▮▮ | |
| 4.<br>**Page   3   of   17** | | |
| 5. Program Code | 6. Date Prepared<br>11-29-2012 | |

2. On November 24, 2012, at approximatley 6:00 am, the Honduran Attorney Generals Office, DLCN, and the Honduran Army conducted search and arrest warrants at 24 different locations in the Departents of Cortes and Santa Barbara, Honduras.  The warrants were conducted at 12 residences, two ranches, seven businesses and three truck transportation businesses.  The DLCN seized the 24 previously mentioned properties, 144 vehicles, 700 head of cattle, five horses, and approximately $226,000 USC.  The DLCN arrested four people: Normando Rafael LOZANO-Lopez, Allan Adonis GUTIERREZ-Varela, Fabricio Alejandro MARTINEZ-Contreras, Alexander MARTINEZ-Contreras.

**INDEXING**

| | | |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮ |
| ▮▮▮▮▮ ▮▮ ▮▮▮ ▮▮▮▮▮ | | |

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.