**ALESSANDRA DEBLASIO**
ATTORNEY AT LAW
299 BROADWAY, SUITE 1803
NEW YORK, NY 10007
TELEPHONE (212) 321-7084
FACSIMILE (973) 689-2765
ad@adeblasiolaw.com

March 11, 2020

<u>By ECF</u>
Judge Richard J. Sullivan
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *U.S. v. Fernandez-Rosa*, 12-cr-894

Dear Judge Sullivan:

I represent Hector Emilio Fernandez-Rosa in his appeal before the U.S. Court of Appeals for the Second Circuit (No. 19-2529), following his conviction before this Court in case matter 19-cr-894-2 (RJS). I write to request two things.

First, I would like a copy of the Statement of Reasons for the sentence. I intend to submit it together with the Pre-Sentence Report to the Court of Appeals in a sealed Appendix.

Second, Christine Siwik of the Southern District Court Reporters has advised me that her office requires a letter signed by Your Honor in order to release to me transcripts of sealed proceedings of Mr. Fernandez-Rosa. (Her e-mail to me is attached.) I am requesting transcripts of the following proceedings: September 2, 2015 change of plea hearing; April 13, 2016 status conference; May 9, 2016 status conference; August 2, 2019 sentencing hearing; and any and all other sealed proceedings at which Defendant Fernandez-Rosa was present that do not appear on the public docket sheet but about which I may hereafter become aware.

I have drafted a proposed order for Your Honor's consideration, though perhaps a signed endorsement of this letter would suffice. I thank Your Honor in advance.

Respectfully,

_/s/ ADB_
Alessandra DeBlasio
Counsel for Mr. Fernandez-Rosa

Attachments:   E-Mail of Christine Siwik;
               Proposed order