UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

HECTOR EMILIO FERNANDEZ-ROSA,

Defendant.

No. 12-cr-894-2 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT Mr. Fernandez-Rosa and the government are directed to appear before the Court on Tuesday, May 16, 2023 at 9:00 a.m. EST via Cisco Webex videoconference, at which time the Court will address the timeliness of Mr. Fernandez-Rosa's submissions.

SO ORDERED.

Dated:   April 21, 2023
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation